UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LAWRENCE LING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-cv-0839 |
| | ) | Judge Aleta A. Trauger |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Life Insurance Company of North America's Motion for Judgment on the Administrative Record (Docket No. 15) is **GRANTED**. This Order constitutes the judgment in this case.

It is so **ORDERED**.

Enter this 9th day of September 2015.

_____
ALETA A. TRAUGER
United States District Judge

1